NADINE FINAN v. CHARTER SAVINGS AND LOAN
ASSOCIATION v. THE ESTATE OF ANDREW
KONYAK AND·ANNA MORDAK.

May 8, 1984.

This matter having been duly considered and the Court
having determined that the petitions for certification were
improvidently granted;

It is ORDERED that the within appeals be and hereby are
dismissed. (See 95 *N.J.* 184)

THEODORE CHENG v. P. LIEDTKA TRUCKING INC.

May 8, 1984.

Petition for certification denied.

MARY MORAVSKI v. ROBERT J. MORAVSKI.

May 8, 1984.

Petition for certification denied.

MARY MORAVSKI v. ROBERT J. MORAVSKI.

May 8, 1984.

Cross-petition for certification denied.